IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11023
Conference Calendar
_____


NORTH AMERICAN MORTGAGE COMPANY,

Plaintiff-Appellee,


versus

SHEILA HENDRIX,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 96-CV-2203-T
- - - - - - - - - -
April 17, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Sheila Hendrix appeals the order of the district court remanding a state law forcible detainer action for lack of subject matter jurisdiction under 28 U.S.C. § 1447(d). The remand order may not be reviewed on appeal because it has been issued pursuant to § 1447(c). See Eastus v. Blue Bell Creameries, L.P., 97 F.3d 100, 103 (5th Cir. 1996). The appeal is without arguable merit and thus frivolous. See Howard v.

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is dismissed.  5th Cir. R. 42.2.

DISMISSED.